IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

JOHNNIE CEPHUS FENN, JR., :

   Plaintiff, :

vs. : CIVIL ACTION NO. 18-0184-KD-M

SERGEANT DAVIS, *et al.*, :

   Defendants. :

ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) (doc. 7) is ADOPTED as the opinion of this Court.

Accordingly, it is ORDERED that this action is DISMISSED without prejudice for failure to prosecute and to obey the Court's order.[1]

DONE this 10th day of October 2018.

                                                    s/ Kristi K. DuBose
                                                    KRISTI K. DuBOSE
                                                    CHIEF UNITED STATES DISTRICT JUDGE

---

[1] To date, Plaintiff still has not provided the Court with his current address. The Report and Recommendation was returned and marked "Return to Sender No Longer Here" and "Return to Sender Not Deliverable as Addressed Unable to Forward" (doc. 8).